## 55047. PEPPERS v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of the attempted murder of his wife. *Held:*

1. Defendant orally objected at trial to the admission of a state exhibit on the ground that it was obtained by an illegal search and seizure. By failing to file a written motion to suppress this evidence as required by Code Ann. § 27-313, defendant waived any objection to the evidence on this ground. *Brannen v. State,* 117 Ga. App. 69 (159 SE2d 476).

2. Defendant enumerates as error the admission of an incriminating statement over his objection that he did not make a knowing and intelligent waiver of his Miranda rights by reason of his intoxication at the time. No error exists. There was ample evidence to show that defendant was properly given a Miranda warning, that he was in sufficient possession of a rational intellect and a free will to understand his Miranda rights when given, and that the admission was otherwise freely and voluntarily given. See *Allen v. State,* 231 Ga. 17, 18 (2) (200 SE2d 106). The admission of this statement has not been shown to be clearly erroneous and this is binding on the appellate courts. *Person v. State,* 235 Ga. 814 (221 SE2d 587).

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED JANUARY 17, 1978 — DECIDED FEBRUARY 1, 1978.

*Charles R. Adams, Jr.,* for appellant.

*Walker P. Johnson, Jr., District Attorney, Thomas J. Mathews, Assistant District Attorney,* for appellee.